ELIZABETH PIETROWSKI v. EUGENE PIETROWSKI.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL JENNINGS.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH KENDRICK.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK J. TANGO.

June 7, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ISAAC CUSTIS.

June 7, 1988.

Petition for certification denied.